United States Courts
Southern District of Texas
FILED

AO 91 (Rev 8/01)   Criminal Complaint

*April 07, 2019*

# United States District Court

David J. Bradley, Clerk of Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jonathan De La Cruz-Cordova

## CRIMINAL COMPLAINT

Case Number:   M-19-0799-M

IAE   YOB:   1999
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 6, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Jonathan De La Cruz-Cordova was encountered by Border Patrol Agents near Mission, Texas on April 6, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 6, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 21, 2019 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 14, 2018, the defendant was convicted of 8 USC 1325 Illegal Entry and sentenced to one-hundred (100) days confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on April 7, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ Maria E. Guerrero
Signature of Complainant
Maria E. Guerrero   Senior Patrol Agent

April 7, 2019

J. Scott Hacker   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer